Date: 09/01/10　　　　　　　　DIVIDENDS REMITTED TO THE COURT　　　CK #107　　　Page:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　rec. 150 933

Case Number 09-17521 - NELSON, ROBERT J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>　ACCOUNT NO. 6531 | 000004 | 138.78 | 1.85 |
| ---------- Remittance Total ---------------- | | 138.78 | 1.85 |

_____
MARVIN A. SICHERMAN, Trustee

FILED 2010 SEP 13 PM 3:52 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND